■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON ROBINSON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a conviction, upon a jury verdict, of burglary in the second degree. Defendant's claim that he was deprived of a fair trial by prosecutorial misconduct was not preserved for our review *(see,* CPL 470.05 [2]), and discretionary review in the interest of justice

is not warranted. Contrary to appellate counsel's contention, the trial court, in ruling upon the *Sandoval* motion, did not preclude the prosecutor from cross-examining defendant regarding a prior conviction for disorderly conduct. Further, the prosecutor did not deliberately elicit testimony from the police officer that the serial number of a car stereo taken from defendant at the time of his arrest was recorded on a police property recovery slip, and this single, isolated reference to the slip was not so egregious as to deprive defendant of a fair trial.

Finally, we reject defendant's claim that the sentence imposed was unduly harsh and excessive. (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—burglary, second degree.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.